NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAYMOND ROGERS,                    )
                                   )
            Appellant,             )
                                   )
v.                                 )            Case No. 2D17-4402
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed January 4, 2019.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Raymond Rogers, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.